## **RETURN OF SERVICE**

| | | |
|---|---|---|
| State of Florida | County of SOUTHERN | District Court |

Case Number: 0:21-CV-60309-WPD

Plaintiff:
**YOSELYN WRIGHT**

vs.

Defendant:
**CLEVELAND CLINIC FLORIDA
a non-profit corporation**

PPJ2021000635

For:
JORDAN RICHARDS
USA EMPLOYMENT LAWYERS – JORDAN RICHARDS, PLLC
805 EAST BROWARD BLVD
SUITE 301
FORT LAUDERDALE, FL 33301

Received by Prestige Process on the 8th day of February, 2021 at 3:24 pm to be served on **Cleveland Clinic Florida, A Non-Profit Corporation Attn: Registered Agent - C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Roy Bates, do hereby affirm that on the **9th day of February, 2021** at **3:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **As an employee of the registered agent CT Corp.** for **Cleveland Clinic Florida, A Non-Profit Corporation**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and that I am a Special Process Server Appointe d by the Sheriff, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Roy Bates
SPS # 1383

**Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346**

Our Job Serial Number: PPJ-2021000635

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z